IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03293-PAB-KLM

JOHN MEGGS,

    Plaintiff,

v.

CLPF-KSA GROCERY PORTFOLIO,
GREENWOOD VILLAGE, LLC,
MODMARKET, LLC,
SFM, LLC, and
OFFICE DEPOT, LLC,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice [Docket No. 32]. The stipulation states that plaintiff and defendant Office Depot, LLC ("Office Depot") have stipulated to the dismissal of plaintiff's claim against Office Depot with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *Id.* at 1.

    Despite Rule 41(a)(1)'s reference to the dismissal of an "action," the weight of authority permits a dismissal of all claims pursuant to Rule 41(a)(1)(A) against fewer than all defendants. *See Montoya v. FedEx Ground Package Sys., Inc.*, 614 F.3d 145, 148 (5th Cir. 2010); *Blaize-Sampeur v. McDowell*, 2007 WL 1958909, at *2 (E.D.N.Y. June 29, 2007) (noting that, although the Second Circuit had previously stated otherwise, it had "since adopted the approach of the majority of courts in other circuits – that is, that Rule 41(a) does not require dismissal of the action in its entirety" and permits dismissal of all claims as to a single defendant). The stipulation, however, was not signed by "by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii); *see Anderson-Tully Co. v. Federal Ins. Co.*, 347 F. App'x 171, 176 (6th Cir. 2009) (unpublished) (under Fed. R. Civ. P. 41(a)(1)(A)(ii), "all parties who have appeared" includes both current and former parties). As a result, the stipulation, by itself, does not serve to dismiss this action against Office Depot.

    Nevertheless, the Court, having reviewed the stipulation, finds that dismissal is appropriate. Furthermore, "[u]*nless the notice or stipulation states otherwise*, the

dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B) (emphasis added).  Here, the parties have agreed to the dismissal with prejudice.  Docket No. 32 at 1.  Therefore, this action was dismissed with prejudice as to defendant Office Depot.

    DATED March 7, 2022.