# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-3293-PAB-KLM

JOHN MEGGS,

       Plaintiff,

v.

CLPF-KSA GROCERY PORTFOLIO
GREENWOOD VILLAGE, LLC;
MODMARKET, LLC; SFM, LLC; and
OFFICE DEPOT, LLC.

       Defendants.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

---

       Plaintiff John Meggs, through his counsel, Garcia-Menocal & Perez, P.L., and Defendant CLPF-KSA Grocery Portfolio Greenwood Village, LLC, through its counsel, S&D Law, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby (1) mutually agree and stipulate to the dismissal of all claims as to CLPF-KSA GROCERY PORTFOLIO GREENWOOD VILLAGE only, with prejudice, and with each party to pay its, his or her own costs and attorneys' fees; and (2) respectfully request that the Court approve and make this Stipulation an Order of the Court. A proposed form of Order is attached.

       Dated:  May 3, 2022.

                                     Respectfully submitted,

                                       *s/Anthony J. Perez*

Anthony J. Perez
Beverly Virues
Garcia-Menocal & Perez, P.L.
1600 Broadway, Suite 1600
Denver, CO 80202
ajperez@lawgmp.com
bvirues@lawgmp.com

ATTORNEYS FOR PLAINTIFF


*s/Angela D. DeVine*
Angela D. DeVine
S&D Law
1290 Broadway, Suite 1650
Denver, CO  80203
devinea@s-d.com

ATTORNEYS FOR DEFENDANT

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-3293-PAB-KLM

JOHN MEGGS,

    Plaintiff,

v.

CLPR-KSA GROCERY PORTFOLIO GREENWOOD VILLAGE, LLC; MODMARKET, LLC; SFM, LLC; and OFFICE DEPOT, LLC.

    Defendants.

## ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE

The Court, having reviewed the Stipulation for Dismissal with Prejudice filed by Plaintiff John Meggs and Defendant CLPR-KSA Grocery Portfolio Greenwood Village, LLC, and being advised of the premises for the same, ORDERS:

The Stipulation for Dismissal with Prejudice is GRANTED.  The claims among the parties are hereby dismissed with prejudiced, each party to pay its, his or her own costs and attorneys' fees.

Entered this _____ day of May, 2022.

BY THE COURT:

_____