IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03293-PAB-KLM

JOHN MEGGS,

    Plaintiff,

v.

ARAPAHOE STATION LLC;
MODMARKET, LLC; SFM, LLC; and
OFFICE DEPOT, LLC.,

    Defendants.

---

## JOINT NOTICE OF SETTLEMENT

---

    Plaintiff, JOHN MEGGS, and Defendant, ARAPAHOE STATION LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than thirty (30) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in the case.

Respectfully submitted this July 5, 2022.

1

| | |
|---|---|
| /s/ Anthony J. Perez<br>ANTHONY J. PEREZ, ESQ.<br>GARCIA-MENOCAL & PEREZ, P.L.<br>1600 Broadway<br>Denver, Colorado 80202<br>Telephone: (305) 553- 3464<br>Email:  ajperez@lawgmp.com<br>*Attorney for Plaintiff John Meggs* | /s/ Myra B. Villamor , Esq.<br>MYRA B. VILLAMOR , ESQ.<br>SEYFARTH SHAW LLP<br>2029 Century Park East, Suite 3500<br>Los Angeles, California 90067-3021<br>Telephone: (310) 201-1522<br>E-Mail: mvillamor@seyfarth.com<br>*Attorney for Defendant,* ARAPAHOE STATION LLC |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this July 5, 2022.

        Respectfully submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
        *Attorneys for Plaintiff*
        1600 Broadway
        Denver, Colorado 80202
        Telephone: (305) 553-3464
        Primary E-Mail: ajperez@lawgmp.com
        Secondary E-Mail:
        dperaza@lawgmp.com;
        dramos@lawgmp.com

        By:  /s/ Anthony J. Perez
            ANTHONY J. PEREZ